Gondephe, P

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL CANDO, ROSALINO ROMAN, VICENTE PEREZ, JAVIER PILCO, FELIPE OCH SUY and MODESTO FLORES, *individually and on behalf of others similarly situated,*

       Plaintiffs,

-against-

675 NINTH AVENUE CORP. (d/b/a SCARLATTO), LJ202 LLC. (d/b/a BOCCA EAST), TOM BIFULCO, SAM DOE and TARI DOE,

       Defendants.

15-CV-06814

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action against Defendants 675 NINTH AVENUE CORP. (d/b/a SCARLATTO), LJ202 LLC. (d/b/a BOCCA EAST) and TOM BIFULCO are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
   June ___, 2016
   January 25, 2017

_____
Jeffery A. Meyer
Jessica N. Tischler
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Fax: (516) 681-1101
Email: jtischler@kdvlaw.com
*Attorneys for Defendants*

_____
Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd St., Suite 2540
New York, NY 10165
Tel.: 212-317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com
*Attorneys for Plaintiffs*

The Clerk of the Court is directed to close this Case.

**SO ORDERED:**

_____ Jan. 26, 2017
  Paul G. Gardephe
  **U.S.D.J.**